1  Mark D. Greenberg
2  Attorney at Law
   Cal. SBN 99726
3  484 Lake Park Ave., No. 429
4  Oakland, CA  94610
   (510) 452-3126
5

6  Attorney for Petitioner
   Lionel Shell, G13733
7  Pelican Bay State Prison
8  P.O. Box 7000
   Crescent City, CA  95531-7000
9

10

11
                    **UNITED STATES DISTRICT COURT**
12
                   **NORTHERN DISTRICT OF CALIFORNIA**
13

14

15                                              **C-11-02515 JSW**

16  **LIONEL SHELL,**

17            **Petitioner,**          **[PROPOSED]** ~~ORDER GRANTING~~
                                        **REQUEST FOR ENLARGEMENT OF**
       **v.**                          **TIME TO FILE PETITIONER'S**
18                                      **TRAVERSE**
    **GREG LEWIS, Warden,**
19
            **Respondent.**
20

21
         Upon motion of Petitioner and for good cause shown, the deadline for filing
22
    Petitioner's Traverse to Respondent's Answer is extended until March 7, 2012.
23
         **IT IS SO ORDERED.**
24

25      Dated: January 30            , 2012
26

27                                    _____
                                      Jeffrey S White
28