Mark D. Greenberg
Attorney at Law
Cal. SBN 99726
484 Lake Park Ave., No. 429
Oakland, CA 94610
(510) 452-3126

Attorney for Petitioner
Lionel Shell, G13733
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95531-7000

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LIONEL SHELL,** | **C-11-02515 JSW** |
| Petitioner, | |
| v. | **[PROPOSED] ORDER GRANTING REQUEST FOR ENLARGEMENT OF TIME TO FILE PETITIONER'S TRAVERSE** |
| **GREG LEWIS, Warden,** | |
| Respondent. | |

Upon motion of Petitioner and for good cause shown, the deadline for filing Petitioner's Traverse to Respondent's Answer is extended until March 7, 2012.

**IT IS SO ORDERED.**

Dated: January 30, 2012

*Jeffrey S. White*